IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
LOUIS D. SALVUCCI,              :    CIVIL ACTION
                                :    NO. 22-1891
          Plaintiff,            :
     v.                         :
                                :
THE GLENMEDE CORP., et al.,     :
                                :
          Defendants.           :
```

**ORDER**

**AND NOW**, this **29th** day of **September, 2022,** after considering Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 13), Plaintiff's Response in Opposition to Defendants' Motion to Dismiss the Amended Complaint (ECF No. 16), and after a hearing on the record, it is hereby **ORDERED** that Defendants' Motion to Dismiss the Amended Complaint is **GRANTED.** All claims by Plaintiff against Defendants The Glenmede Corporation and The Compensation Committee of the Board of Directors of the Glenmede Corporation are **DISMISSED without prejudice.**

It is further **ORDERED** that Plaintiff may file a second amended complaint or a statement that he plans to stand on his amended complaint by **October 13, 2022**. Failure to act by **October 13, 2022** will be deemed a decision by the Plaintiff that he wishes to stand on his amended complaint.

If Plaintiff advises the Court that he will stand on his amended complaint or fails to so respond by **October 13, 2022,** the Court will dismiss the case with prejudice due to Plaintiff's failure to state a claim upon which relief can be granted.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
_____
**EDUARDO C. ROBRENO, J.**