IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS SALVUCCI, | : | CIVIL ACTION |
| | : | NO. 22-1891 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| THE GLENMEDE CORP., et al., | : | |
| | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this **23rd** day of **February, 2023**, after considering Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 22), Plaintiff's Response in Opposition (ECF No. 23), and after a hearing on the record, it is hereby **ORDERED** that Defendants' Motion to Dismiss the Second Amended Complaint is **GRANTED.** All claims by Plaintiff against Defendants The Glenmede Corporation and the Compensation Committee of the Board of Directors of the Glenmede Corporation are **DIMISSED with prejudice.** The Clerk of Court shall mark the case **CLOSED.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**